UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER JACOME, 068227-8,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DIMITRIS VLAHAKIS, et al.<br><br>　　　　　　　　　Defendants. | Case No.: 3:18-cv-0010-GPC-MDD<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT [DKT. NO. 10]**<br><br>**(2) DIRECTING CLERK OF COURT TO SEND 7 COPIES OF IFP PACKET MATERIALS [DKT. NO. 12]** |

The Court concludes that good cause exists to allow Plaintiff to file a Second Amended Complaint. Fed. R. Civ. P. 15(a) (leave to amend shall be freely granted when justice so requires). Plaintiff's should title his new Complaint as a "Second Amended Complaint." Accordingly, the Court **GRANTS** Plaintiff's motion for leave to amend.

With regard to Plaintiff's first inquiry, the Court **DIRECTS** the clerk of court to send to Plaintiff seven copies of: (1) Form USM-285, (2) the Court's Dkt. No. 7 Order, (3) this Order, and (4) the summons. If Plaintiff requires additional time, he may submit a motion for extension of time to the Court. Upon receipt of any Second Amended Complaint, the Clerk of Court is directed to send seven certified copies of the Second Amended Complaint to Plaintiff for purposes of effecting service.

Pursuant to this Court's order in Dkt. No. 7, issued on February 14, 2018, the Court has previously ordered that "Plaintiff must complete the Form 285s as completely and accurately as possible, *include an address where each named Defendant may be found and/or subject to service*, and return them to the United States Marshal according to the instructions the Clerk provides in the letter accompanying his IFP package." Further, the Court directs Plaintiff to review the IFP letter included with his package which states the process Plaintiff needs to complete for the US Marshalls to effect service on his behalf.

With regard to the Plaintiff's second inquiry, the Court cannot provide legal advice, even to a pro se litigant. *See Hastings v. Gipson*, No. 114CV01271LJOEPGHC, 2016 WL 4943976, at *2 (E.D. Cal. Sept. 16, 2016) ("The Court cannot provide legal advice to litigants, even when they are pro se litigants who lack legal training.").

With regard to Plaintiff's third inquiry, the Court states that for purposes of motion hearings, the Court will issue a scheduling order after receipt of a motion stating that: "Unless otherwise ordered, at the time set for hearing the Court will consider Defendants' motion as fully briefed and submitted on the papers. No appearances are required on the date set for hearing and no oral argument will be heard. *See* Local Civil R. 7.1.d.1."

**Conclusion and Order**

For the reasons explained, the Court:

1. **GRANTS** Plaintiff's Motion for Leave to Amend
2. **DIRECTS** the Clerk of Court to send Plaintiff seven copies of:
   a. Form USM-285
   b. The Court's Dkt. No. 7 Order
   c. This Order
   d. The Summons
3. **DIRECTS** the Clerk of Court to send Plaintiff seven certified copies upon the receipt of any Second Amended Complaint.

**IT IS SO ORDERED**.

Dated: March 15, 2018

Hon. Gonzalo P. Curiel
United States District Judge